**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard F. Kaminski                                CHAPTER 13
                    Debtor(s)

                                                          BKY. NO. 25-11757 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Matthew Fissel
                                            Matthew Fissel
                                            13 May 2025, 14:12:38, EDT

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322