# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RICHARD KAMINSKI    : CHAPTER 13
:
:
DEBTOR    : BANKRUPTCY NO. 25-11757

## NOTICE OF RESCHEDULED CREDITORS MEETING AND CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to August 15, 2025 at 10:00 A.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 7/7/25    BY:    /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922