**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   RICHARD KAMINSKI | : | Bankruptcy No. 25-11757 |
| | : | |
| | : | |
| DEBTOR | : | Chapter 13 |

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 11/12/25

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail ____Certified Mail ____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Richard F. Kaminski
3154 Draper Street
Philadelphia, PA 19136
Debtor

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **AmeriHome Mortgage Company**<br>M&T Bank<br>P.O. Box 619063<br>Dallas, TX 75261 | (15004954)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15004955)<br>(cr) |
| **M&T Bank**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15007879)<br>(ntcapr) |
| **M&T Bank**<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (15018037)<br>(cr) |
| **M&T Bank**<br>c/o Matthew Fissel, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia PA 19106-1532 | (15008020)<br>(ntcapr) |
| **Water Revenue Bureau**<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 191021595 | (15059242)<br>(cr) |